IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSEPH BERRY,**

    **Plaintiff,**

v.                                              Case No. 4:24-cv-496-AW-MJF

**DEPARTMENT OF CHILDREN AND
FAMILY SERVICES and STATE OF
FLORIDA,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with court orders or paid the filing fee, and he has not objected to the magistrate judge's report and recommendation (ECF No. 13), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to pay the filing fee." The clerk will then close the file.

SO ORDERED on May 5, 2025.

                                               s/ *Allen Winsor*
                                               United States District Judge